61,390·04

July 2,2015

Willie Ray #1210691
Powledge Unit
1400 F.M.3452
Palestine,Texas 75803

Clerk Louise Pearson
Court Of Criminal Appeals
P.O.Box 12308,Capitol Station
    Austin,Texas 78711

Re:Cause No.: 007-0396-03-B
Writ of CORM NOBIS

Ex Parte

Willie Ray

Dear CLERK,

   This is Willie Ray,my reason for writing you today
is because I would like to get a update on the status
of the cause number stated above please.I thank you
for your attention in this matter,and may God bless
you.

Respectfully Yours

*Willie Ray*

Willie Ray

Petitioner   pro   se

cc:/file

RECEIVED IN
COURT OF CRIMINAL APPEALS

JUL 07 2015

Abel Acosta, Clerk